# UNITED STATES
# SEVENTH CIRCUIT
# COURT OF APPEALS

| | |
|---|---|
| **JEANETTE BASS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **SGT. A. DAKURAS, Individually, and** | )　　Case No. 23 CV 2882 |
| **THE CITY OF CHICAGO, a Municipal** | ) |
| **Corporation,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S RESPONSE TO THE COURT'S MOTION FOR AN ORDER RULE TO SHOW CAUSE AND MOTION TO FILE HER DOCKETING STATEMENT INSTANTER

NOW COMES the Plaintiff Jeanette Bass, by and through her counsel Gregory E. Kulis and Associates Ltd., in response to the Court's Motion for an Order Rule to Show Cause in regards to her failure to file her Statement of Jurisdiction (Dkt 9) and moving to file her Docketing Statement Instanter. In response to said motion, Plaintiff states as follows:

1) Upon filing of her Appeal to the Seventh Circuit, Plaintiff's counsel were aware that the initiating Notice of Appeal and Docketing Statement needed to be filed with the Federal District Court in order to open a case in the Seventh Circuit.

2) Incorrectly, Plaintiff's Counsel were operating under the assumption that both the Docketing Statement and the Notice of Appeal were to be filed concurrently with the Federal District Court, and that upon receipt both documents would be sent to the Seventh Circuit Court of Appeals as part of their record for the Appellate Case.

3) Because Plaintiff's counsel does not regularly practice Appellate litigation, Plaintiff's Counsel was genuinely unaware that procedurally, a Docketing Statement ought to be

filed after a Notice of Appeal and that the clerks for the Honorable Judge Jenkin would not be providing that Docketing Statement to the Seventh Circuit.

4) Therefore, upon receipt of the e-filed Docketing Statement (Dkt. #163 and Ex. A) and its respective Notice of Filing (Ex B.). Plaintiff's counsel believed that they had complied with the Court's requirements for opening an appeal.

5) Similarly, upon receipt of the Appellate Court's October 3rd, 2023 Order directing them to file a Statement of Jurisdiction, Plaintiff's Counsel reviewed their records, saw the e-filed Docketing Statement and Notice of Filing (Ex. A and Ex. B), and assumed the Court had received the information contained therein.

6) Until the Court's October 12th, 2023 Motion for an Order Rule to Show Cause (Dkt 9) regarding Plaintiff's failure to provide the Docketing Statement to the Court, Plaintiff was unaware of her failure to comply, and under the impression the Court had been passed along the relevant documentation.

7) This confusion was hampered by the fact that the initial entry on this Appellate matter's General Docket states "Private civil case docketed. Fee paid. Docketing statement filed." (Dkt 1).

8) Plaintiff's counsel apologizes sincerely for the inconvenience this procedural error mistake caused both to the Court and the other litigants involved in this matter and emphasizes that this mistake occurred entirely because of an innocent misunderstanding of procedure—and not out of any bad faith or lack of desire to litigate this appeal in compliance with the Court's Guidelines.

WHEREFORE, the Plaintiff prays this Honorable Court grant her Motion to File her Statement of Jurisdiction Instanter, as well as whatever other such relief it deems necessary.

>Respectfully Submitted,
>
>PLAINTIFF
>
>/s/ Gregory E. Kulis
>One of Plaintiff's Attorneys

**Gregory E. Kulis, No. 6180966**
**Gregory E. Kulis & Associates, Ltd.**
**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
**p. (312) 580-1830**
**e. gkulis@kulislawltd.com**
**e. service@kulislawltd.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2023, I, Zoe Swenson, a non-attorney, filed the aforementioned document with the Clerk of the Court using CM/ECF system, which will sent notification of such filing to all attorneys of record.

>/s/ Zoe Swenson
>Zoe Swenson

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANETTE BASS, ) | |
| ) | Case No. 19 CV 7557 |
| **Plaintiff,** ) | |
| v. ) | Judge Jenkins |
| ) | |
| SGT. A. DAKURAS, Individually, and ) | Magistrate Judge |
| THE CITY OF CHICAGO, a Municipal ) | |
| Corporation, ) | JURY DEMAND |
| ) | |
| **Defendants.** ) | |

## DOCKETING STATEMENT

**JEANETTE BASS**, in accordance with Seventh Circuit Rule 3(c)(1), states as follows:

1) District Court Jurisdiction over Plaintiff's claims pursuant to 42 U.S.C. § 1983 were based upon 28 U.S.C. §1343 and §1331.

2) This Court has jurisdiction based on 28 U.S.C. §1291.

   a. The District Court's Order denying Plaintiff's Motion for Summary Judgment and granting of Defendants' Motion for Summary Judgment was entered on August 29, 2023 in favor of Defendants SGT. A. DAKURAS, individually, and the CITY OF CHICAGO is final and appealable.

3) The Notice of Appeal was timely filed on September 27, 2023.

Respectfully Submitted

PLAINTIFF

/s/ Gregory E. Kulis
One of Plaintiff's Attorneys

Gregory E. Kulis, No. 6180966
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602

p. (312) 580-1830
e. gkulis@kulislawltd.com
e. service@kulislawltd.com

# Exhibit D

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEANETTE BASS, ) | |
| ) | Case No. 19 CV 7557 |
| Plaintiff, ) | |
| v. ) | Judge Jenkins |
| ) | |
| SGT. A. DAKURAS, Individually, and ) | Magistrate Judge |
| THE CITY OF CHICAGO, a Municipal ) | |
| Corporation, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  All Attorneys of Record

**PLEASE TAKE NOTICE** that on this 27th day of September, 2023, I cause to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **DOCKETING STATEMENT**.

/s/ Gregory E. Kulis
Gregory E. Kulis

## CERTIFICATE OF SERVICE

I hereby certify that on September 27th, 2023, I, Zoe Swenson, a non-attorney, filed the aforementioned document with the Clerk of the Court using CM/ECF system, which will sent notification of such filing to all attorneys of record.

/s/ Zoe Swenson
Zoe Swenson