**UNITED STATES**
**SEVENTH CIRCUIT**
**COURT OF APPEALS**

| | | |
|---|---|---|
| **JEANETTE BASS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **SGT. A. DAKURAS, Individually, and** | ) | **Case No. 23 CV 2882** |
| **THE CITY OF CHICAGO, a Municipal** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ATTORNEYS' LIEN

**NOW COMES**, Gregory E. Kulis and Associates, Ltd., and in support of their Attorney Lien, states as follows:

1.     Gregory E. Kulis & Associates, Ltd. is currently legal counsel for the Plaintiff.

2.     While representing the Plaintiff, Gregory E. Kulis & Associates, Ltd. is incurring legal expenses and costs.

3.     This is a notice of our Attorneys' Lien in conjunction with out Attorney/Client Contingency Agreement and Statutory Fee Provision under 42 USC 1988.

Respectfully submitted,

/s/Gregory E. Kulis
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**134 N. La Salle St. Suite 444**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 6180966**